Jason G. Gong (SBN 181298)
LAW OFFICE OF JASON G. GONG
*A Professional Corporation*
2121 N. California Boulevard, Suite 290
Walnut Creek, CA  94596
Telephone:  (925) 735-3800
Facsimile: (925) 735-3801
Email: jgong@gonglawfirm.com

Attorney for Plaintiff
BEHRUZ BONSHAHI, an individual

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEHRUZ BONSHAHI, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>GENERAL PLUMBING SUPPLY COMPANY, INC., and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 3:22-cv-03143-JCS<br><br>**PLAINTIFF'S NOTICE OF SETTLEMENT**<br><br>Complaint Filed:  May 27, 2022<br>Trial Date:  None |

   Plaintiff hereby notifies the court that the parties have reached a settlement of this matter that resolves all of plaintiff's injunctive and monetary relief claims against defendant.  The parties are in the process of finalizing a formal settlement and release agreement containing the terms and conditions of settlement.  Plaintiff anticipates that the parties will be in position to file a joint stipulation for dismissal of the action with prejudice within the next thirty-five (35) days.

Dated:  December 5, 2022

LAW OFFICE OF JASON G. GONG
*A Professional Corporation*

By: /s/ Jason G. Gong
    ──────────────────────
    JASON G. GONG
    Attorney for Plaintiff
    BEHRUZ BONSHAHI